JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MICHAEL GLENN SR.,

          Petitioner,

    v.

B. BIRKHOLZ, Warden,

          Respondent.

Case No. CV 24-8437 KK (PVC)

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the petition is dismissed without prejudice.

DATED: March 2, 2026

KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE